V #1014  # 129331

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

|  |  |
|---|---|
| | * |
| IN RE: | * CASE NO. 09-34766-S  **2011 MAR -3 PM 2: 14** |
| | * |
| | * JUDGE RICHARD L. SPEER  CLERK, U.S. |
| | *  BANKRUPTCY COURT |
| SCOTT A. KINDLE | * William L. Swope, Esq.  TOLEDO, OHIO |
| MICHELLE L. KINDLE | * 221 S. Main Street |
| | * Findlay, OH 45840 |
| | * (419) 422-0288 |
| | * |
| | * Sup. Ct. #0029538 |
| | * |

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Buckeye Anesthesia Services & Cons PO Box 714813 Columbus, OH 43271 | $ 3.35 |
| | $ 3.35 |

A check for $3.35 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: February 23, 2011

William L. Swope
Trustee